Case 3:24-cv-00174-RLY-CSW   Document 1   Filed 09/23/24   Page 1 of 9 PageID #: 1

**FILED**
09-23-2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Complaint Form
(For Filers Who Are Prisoners Without Lawyers)

3:24-cv-174-RLY-CSW

In The United States District Court For The Southern District Of Indiana

Demand For Jury Trial: Yes

(Full Name Of Plaintiff(s))

Savion Kain Frye,
Charles Dewitt,
Leo Flores

V.

(Full Name Of Defendant(s))

Officer Kelli Faulkenberg,
Jail Commander Randy Schnell,
Sheriff Tom Kleinhelter,
Dubois County Sheriff's Dept.

(1.)

A. PARTIES

(1.) PLAINTIFF IS A CITIZEN OF INDIANA, AND IS LOCATED AT 255 BRUCKE STRASSE, JASPER, IN. 47546

(2.) PLAINTIFF IS A CITIZEN OF INDIANA, AND IS LOCATED AT 255 BRUCKE STRASSE, JASPER, IN. 47546

(3.) PLAINTIFF IS A CITIZEN OF INDIANA, AND IS LOCATED AT 255 BRUCKE STRASSE, JASPER, IN. 47546

B.

(1.) DEFENDANT KELLI FAULKENBERG IS A CITIZEN OF INDIANA AND WORKS FOR THE DUBOIS COUNTY SHERIFF'S DEPT./COUNTY JAIL LOCATED, AT 255 BRUCKE STRASSE, JASPER, IN. 47546

(2.)

(2.) DEFENDANT RANDY SCHNELL IS A CITIZEN OF INDIANA AND WORKS FOR THE DUBOIS COUNTY SHERIFF'S DEPT./COUNTY JAIL LOCATED AT 255 BRUCKE STRASSE, JASPER, IN. 47546

(3.) DEFENDANT TOM KLEINHELTER IS A CITIZEN OF INDIANA AND WORKS FOR THE DUBOIS COUNTY SHERIFF'S DEPT./COUNTY JAIL, LOCATED AT 255 BRUCKE STRASSE, JASPER, IN. 47546

C. STATEMENT OF CLAIM

(1.) ON AUGUST 05, 2024, WE PLAINTIFFS, WHILE BEING LODGED AT THE DUBOIS COUNTY SECURITY CENTER LOCATED AT 255 BRUCKE STRASSE, JASPER, IN. 47546, REPORTED TO STAFF (VIA. NOTE) THAT WE ALL HAVE CONTINUOUSLY FOR MONTHS ON END, BEEN SUBJECTED TO SEXUAL ABUSE AND SEXUAL HARASSMENT BY ANOTHER INMATE WHOM WAS

(3.)

currently housed in the same "cell block" as us.

That same day, August 05, 2024, Officer Kelli Faulkenberg was the only staff member (to the best of my knowledge) to directly respond to our reported allegations of sexual abuse. Ofc. Faulkenberg's choice of response was to remove said "abuser" to talk to him and tell him, "to knock it off" and "his actions were being reported." After this talk, Ofc. Faulkenberg allowed the inmate to re-enter the cell block and continue victimizing those who reported the abuse for another fourteen (14) days before we Plaintiffs reported the allegations to Mental Health. This second reporting caused the inmate to be removed and placed in segregation. Due to Faulkenberg's deliberate indifference regarding the safety and security of our well-being after allegations of sexual abuse

(4.)

WERE REPORTED, SHE ALLOWED AN INMATE TO CONTINUE HIS SEXUAL ABUSE AND HARASSMENT FOR FOURTEEN (14) DAYS. FAULKENBERG'S ACTIONS VIOLATED OUR EIGHTH AMENDMENT.

D. JURISDICTION

I AM SUING FOR A VIOLATION OF FEDERAL LAW UNDER 28 U.S.C. § 1331.

E. RELIEF WANTED

(1.) WE PLAINTIFFS ARE REQUESTING PUNITIVE RELIEF IN THE FORM OF SEVEN-MILLION-FIVE-HUNDRED-THOUSAND DOLLARS ($7.5 MILLION) FOR THE MENTAL DURESS AND PHYSICAL ANGUISH BROUGHT UPON US PLAINTIFFS DURING THE FOURTEEN (14) DAYS OF CONTINUED SEXUAL ABUSE AND SEXUAL HARASSMENT. WE PLAINTIFFS ARE SUING DEFENDANTS IN THEIR OFFICAL AND INDIVIDUAL CAPACITIES.

(5.)

DATED THIS 17TH DAY OF SEPTEMBER 2024.

RESPECTFULLY SUBMITTED,

*Savion Feye*

#123409

255 BRUCKE STRASSE
JASPER, IN. 47546

F. OPTIONAL CERTIFICATION

UNDER PENALTY OF PERJURY, I DECLARE THAT THE FACTS ALLEDGED IN THIS COMPLAINT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. *Savion Feye*

I "DO" REQUEST THAT I BE ALLOWED TO FILE THIS COMPLAINT WITHOUT PAYING THE FILING FEE. I'VE COMPLETED A REQUEST TO PROCEED IN THE DISTRICT COURT WITHOUT PREPAYING THE FEE AND ATTATCHED IT TO THE COMPLAINT.

(6.)

DATED THIS 16TH DAY OF SEPTEMBER 2024

RESPECTFULLY SUBMITTED,

CHARLES DEWIYY

SIGNATURE OF PLAINTIFF #2
128292

PRISONER I.D. NUMBER

255 BRUCKE STRASSE
JASPER, IN. 47546
(MAILING ADDRESS)

COMPLAINT - (6)(B)

DATED THIS 16th DAY OF SEPTEMBER 2024

RESPECTFULLY SUBMITTED,

Leo Flores
SIGNATURE OF PLAINTIFF #3

PRISONER I.D. NUMBER

255 BRUCK STRASSE
JASPER, IN. 47546
(MAILING ADDRESS)

COMPLAINT 765(c)



Shane Saylor
255 Brucke Strasse
Jasper, IN 47546

Frye # 1:24 cv 00108 RLY CSW

Legal Mail
1 of 2

U.S. District Court
Clerk's Office Rm. 304
101 D.W. M.L.K Boulevard
Evansville, IN 47708