UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF INDIANA
EVANSVILLE DISTRICT

SAVION KAIN FRYE,

v.         CASE NO. 3:25-CV-00113-RLY-CSW

KELLY FAULKENBERG, et. al.

CLERK OF COURTS,

**FILED**

**06/17/2026**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

DEAR CLERK, I AM TRYING TO OBTAIN A COPY OF ALL NAMED DEFENDANTS' ANSWER TO COMPLAINT, DOCKET #11. I WAS NEVER GIVEN A COPY TO REVIEW AND LIKE TO DO SO. THANK YOU.

SINCERELY,

(1.)

The Motion is **GRANTED** to the extent that the Clerk is **DIRECTED** to send Plaintiff a copy of Dkt. 11 with a copy of this Order.

Crystal S. Wildeman
U.S. Magistrate Judge
Date: June 23, 2026

Distributed via U.S. Mail to:
SAVION KAIN FRYE
201771
INDIANA STATE PRISON
INDIANA STATE PRISON
Inmate Mail/Parcels
One Park Row
MICHIGAN CITY, IN 46360
PRO SE